IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HDC Holdings II, LLC, *et al*[1] | ) | Case No. 24-12307 (TMH) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 12, 2025 AT 1:00 P.M. (ET)
BEFORE THE HONORABLE THOMAS M. HORAN**

> **This proceeding will be conducted via Zoom only. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**
>
> Topic:  HDC Holdings II, LLC, et al – Case No. 24-12307(TMH)
> When:  March 12, 2025 at 1:00 p.m. Eastern Time (US and Canada)
>
> **YOU MUST USE YOU FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING**.

**STATUS CONFERENCE:**

1. Status Conference - HDC Holdings, II, LLC, *et al.*

---

[1] The Debtors in these chapter 7 cases, together with the last four digits of each Debtors' federal tax identification number, are: HDC Holdings II, LLC (2013); HDC Holdings III, LLC (3296); CCM Capital Assets, LLC (9451); Channel Control Merchants, LLC (3319); Dirt Cheap I, LLC (9433); CCM Support Services, LLC (2059); CCM Wholesale SE, LLC (7219); Channel Control Merchants of Texas, LLC (8091); Creative Sales Solutions, LLC (1691); Dirt Cheap Arkansas, LLC (0244); Dirt Cheap Building Supplies, LLC (0880); Dirt Cheap of Georgia, LLC (0269); Dirt Cheap of Louisiana, LLC (0067); Dirt Cheap SE, LLC (4928); Dirt Cheap Tennessee, LLC (1273); Treasure Hunt, LLC (9393); CCM Wholesale, LLC (7219); Channel Control Merchants of California, LLC (9011); and CAL Support Services, LLC (2859). The Debtors' headquarters are located at 6892 US Hwy 49 North, Hattiesburg, Mississippi 39402.

**Status:**  This matter is going forward as a status conference.

Dated: March 10, 2025            **ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
-----
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email(s) RPalacio@ashbygeddes.com

*Counsel for George L. Miller,*
*Chapter 7 Trustee*