**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HDC HOLDINGS II, LLC, et al, | ) | Case No. 24-12307 (TMH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related DI: 541** |

**ORDER GRANTING ABANDONMENT OF PROPERTY**

This matter coming to be heard upon: (1) that certain *Notice of Abandonment of Property* [D.I. 541] (the "**Notice of Abandonment**") filed by George L. Miller, in his capacity as chapter 7 trustee (the "**Trustee**") of the estates of the above-captioned debtors (the "**Debtor**"), by which the Trustee seeks to abandon the estates' interests in the Debtors' deposit account at Hancock Whitney Bank ("**Hancock**") with its account number ending in 4218 (the "**Deposit Account**"); and (2) that certain *Limited Objection and Reservation of Rights of Hilco Trading, LLC to Notice of Abandonment of Property (D.I. 541)* filed by Hilco Trading, LLC ("**Hilco**"); the Court having jurisdiction to consider the Notice of Abandonment pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before this Court; and consideration of the Notice of Abandonment being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Notice of Abandonment having been provided and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The estates' interests in the Deposit Account are hereby abandoned pursuant to section 554 of the U.S. Bankruptcy Code.

2. This Order does not constitute a "further order of this Court" lifting or terminating the automatic stay with respect to the Deposit Account, as referenced by that certain *Stipulation in Respect of Motion for Relief from Stay* between Hancock and Hilco [D.I. 475-1].

- 2 -

3.        This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.

*Thomas M. Horan*

**Dated: January 16th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**